UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HEDGER, JENNIFER S. | ) | CASE NO.: 08-21970 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| Debtor(s) | ) | |
| | ) | |

**<u>NOTICE OF DEPOSIT OF UNCLAIMED FUNDS</u>**

Comes now Daniel L. Freeland and respectfully represents and shows:

1.   That I am the Trustee for the estate of the above-named Debtor(s).

2.   That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3.   That four of the distribution payment checks were as follows:
   Check No: 113    Payable to Cardmember Services    Amt: $3,760.44
                    PO Box 21460
                    Tulsa, OK 74121
   Check No: 115    Payable to: Fashion Bug    Amt: $832.50
                    PO Box 856021
                    Louisville, KY 40285
   Check No: 122    Payable to: Miracle Financial Inc.    Amt: $1562.65
                    52 Armstrong Rd.
                    Plymouth, MA 02360
   Check No: 124    Payable to: Verizon Wireless    Amt: $1,324.28
                    PO Box 3397
                    Bloomington, IL 61702

4.   That said checks have never been presented for payment and are therefore stale. Pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 125 in the total amount of $7,479.87, payable to the Clerk, U.S. Bankruptcy Court.

Dated August 30, 2011

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 30, 2011, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee - ustpregion10.so.ecf@usdog.gov
and by regular first class mail upon:
Cardmember Services, PO Box 21460, Tulsa, OK 74121
Fashion Bug,    PO Box 856021, Louisville, KY 40285
Miracle Financial Inc., 52 Armstrong Rd., Plymouth, MA 02360
Verizon Wireless, PO Box 3397 Bloomington, IL 61702

                                                  /s/ Daniel L. Freeland
                                                Daniel L. Freeland, Trustee